## Ulman v. Langham.

### Action on Promissory Note by Non-resident.

*Security for costs.* — A deposit of $5.50 with the clerk is not a substantial compliance with the law (Rev. Code, § 2802) requiring security for costs in actions by non-residents.

APPEAL from the Circuit Court of Hale.

Tried before the Hon. M. J. SAFFOLD.

This action was brought by the appellant, who was a non-resident; and the cause was struck from the docket by the court, on motion, because security for the costs was not given at the commencement of the suit. It was proved, on the hearing of the motion, that $5.50 were deposited with the clerk as security for the costs, when the summons and complaint were issued, " and that before any other costs accrued, ample security for all the costs was given." An exception was reserved to the ruling of the court, and its judgment is now assigned as error.

J. E. LOVE and SMITH & ROULHAC, for appellant.

B. F. SAFFOLD, J. — A deposit with the clerk of five dollars and a half is too small a provision to be considered as giving security for the costs of a suit in the Circuit Court; es-

pecially, in view of the law authorizing the officers of the court to demand their fees immediately upon the performance of each separate service.   Session Acts 1868, p. 535.

The judgment is affirmed.